UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 21-14304-CIV-CANNON

THE CINCINNATI SPECIALTY
UNDERWRITERS INSURANCE COMPANY,

    Plaintiff,

v.

JONES & JONES, INC. and
DWIGHT SEWARD,

    Defendants.
_____/

**ORDER OF RECUSAL**

    The undersigned judge, to whom the above styled cause was assigned, hereby recuses herself and refers the matter to the Clerk of Court for reassignment in accordance with 28 U.S.C. § 455 for permanent reassignment to another judge in accordance with the blind assignment system.

    **DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 27th day of August 2021.

_____
AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

CASE NO. 08-61334-CIV-ALTONAGA/Brown

In accordance with the **Local Rules for the Southern District of Florida**, providing for the random and equal allotment of cases, this cause is hereby reassigned to the calendar of **United States District Judge** _____.

Copies of this Order shall be served on all pending parties of record electronically *via* CM/ECF, or *via* U.S. Mail to any party not authorized to receive electronically notices of filing. All documents for filing in this case shall carry the following case number and designation:

_____

**BY ORDER** of the Court this _____ day of _____, 2021.

                                            Angela E. Noble
                                            Clerk of Court

                                            By:_____

cc:     Counsel of Record
         Clerk of Court